IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05 B 04533 |
| ROBERT J. LUNN, et al., | ) | (Jointly Administered) |
| | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) | |

**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL LLC FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
ACCOUNTANTS TO THE DEBTORS FOR THE PERIOD FROM JUNE 11, 2005
THROUGH AND INCLUDING SEPTEMBER 30, 2005**

PLEASE TAKE NOTICE that on **Tuesday, November 22, 2005, at 10:00 a.m.**, we shall appear before the Honorable Susan Pierson Sonderby, Room 642, United States Bankruptcy Court, 219 South Dearborn, Chicago, Illinois 60604, and shall then and there present the *First Interim Fee Application of Alvarez & Marsal LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountants to the Debtors for the period from June 11, 2005 through and including September 30, 2005* (the "Application"), at which time and place you may appear as you see fit. A copy of the Application may be obtained by contacting the undersigned.

| Applicant | Total Fees Requested | Total Expenses Requested |
|---|---|---|
| **Alvarez and Marsal, LLC**<br>Debtors' Accountants | $132,376.50 | $862.10 |

PLEASE TAKE FURTHER NOTICE that any party wishing to object to the application shall file such objection <u>in writing</u> with the Clerk of the United States Bankruptcy Court, at 219 South Dearborn, Chicago, Illlinois 60604, on or before **November 16, 2005** (the "Objection Deadline"). If you file an objection or response to the Application, it must also be

served on the Applicant, the Debtors, and the Office of the United States Trustee so as to be received by all such parties on or before the Objection Deadline.

Dated: Chicago, Illinois
November 2, 2005

**DLA PIPER RUDNICK GRAY CARY US LLP**

By: /s/ David M. Neff
    David M. Neff (ARDC #06190202)
    William Choslovsky (ARDC #06224664)
    Brian A. Audette (ARDC #06277056)
    **DLA PIPER RUDNICK GRAY CARY US LLP**
    203 North LaSalle Street - Suite 1900
    Chicago, Illinois 60601
    (312) 368-4000

## CERTIFICATE OF SERVICE

David M. Neff, an attorney, certifies that on November 2, 2005, he caused the foregoing *Notice of Hearing on First Interim Fee Application of Alvarez & Marsal LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountants to the Debtors for the period from June 11, 2005 through and including September 30, 2005* (the "*Notice*") to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | | |
|---|---|---|
| Janice A. Alwin<br>jalwin@shawgussis.com | Ira Bodenstein<br>USTPRegion11.ES.ECF.usdoj.gov | Kenn Brotman<br>kbrotman@kelleydrye.com<br>sdunlap@kelleydrye.com |
| William J. Connelly<br>wconnelly@hinshawlaw.com | William J. Factor<br>wfactor@seyfarth.com | Joseph D. Frank<br>jfrank@fgllp.com<br>ccarpenter@fgllp.com |
| Richard N. Golding<br>rgolding@wr-llp.com | Susan N. Gummow<br>sgummow@clausen.com | Steven R. Jakubowski<br>sjakubowski@colemanlawfirm.com |
| Alexander D. Kerr<br>akerr@tishlerandwald.com | Micah R. Krohn<br>mkrohn@fgllp.com<br>ccarpenter@fgllp.com | Edward J. Lesniak<br>elesniak@burkelaw.com |
| Sara E. Lorber<br>slorber@seyfarth.com | Matthew Luzadder<br>mluzadder@kelleydrye.com | Eric J. Munoz<br>emunoz@scandagliaryan.com |
| Jill L. Murch<br>jmurch@foley.com<br>ypena@foley.com | Alex Pirogovsky<br>apirogovsky@uhlaw.com | Richard Polony<br>rpolony@hinshawlaw.com |
| Steven R. Rappin<br>srappin@h-rltd.com | Gerard D. Ring<br>gring@burkelaw.com | Kimberly J. Robinson<br>kimberly.robinson@bfkpn.com |
| Ariel Weissberg<br>ariel@weissberglaw.com | Zane L. Zielinski<br>zzielinski@fgllp.com | |

In addition, the parties listed on the attached service list were served with the Notice on November 2, 2005 by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's CM/ECF system.

/s/ David M. Neff
David M. Neff (ARDC #06190202)
William Choslovsky (ARDC #06224664)
Brian A. Audette (ARDC #06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street - Suite 1900
Chicago, Illinois 60601
(312) 368-4000

## SERVICE LIST

Arthur H. Watson
2362 Glen Echo Farm
Charlottville, VA

American Express Travel Related Services
Gilbert Weisman
Becket & Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

C. Barry Montgomery
Williams Montgomery & John Ltd
20 N. Wacker Drive, Suite 2100
Chicago, IL  60606

Associated Bank
c/o McCarthy Duffy Neidart
180 North LaSalle Street
Chicago, IL  60601

Chubb Group of Insurance Companies
P.O. Box 7247-0180
Philadelphia, PA  19170-0180

Bernard J. Conway
Bernard J. Conway P.C.
1365 North Dearborn
Chicago, IL  60610

City Of Chicago
Corporation Counsel, Karen M. Coppa
30 N. LaSalle St., Rm. 900
Chicago, IL  60602

Chicago Golf Club
P.O. Box 467
Wheaton, IL  60180

David Fischer
Wildman & Harrold
Suite 3000
225 West Wacker Drive
Chicago, IL 60606

Bank One
Attn: Correspondence
P.O. Box 15298
Wilmington, DE 19850

Embraer Aircraft Corp NA
276 SW 34th Street
Ft. Lauderdale, FL 33315

Gretchen Silver
Office of the U.S. Trustee
Suite 3350
227 West Monroe Street
Chicago, IL 60606

Thomas H. Stone
1780 Green Bay Road, Ste 202
Highland Park, IL 60035-3220

James Newbold
Assistant Attorney General
Revenue Litigation Bureau
Office of the Attorney General
100 West Randolph Street, 13th Floor
Chicago, IL 60601

Michael T. Prousis
Assistant Attorney General and
 Bureau Chief
Unemployment Insurance Bureau of the
 Illinois Attorney General
33 South State Street, Suite 992
Chicago, IL 60603

Robert Shaw
Julian Saul
C/O Shaw Industries
P.O. Drawer 2128
Dalton, GA 30722

~CHGO1:30692600.v1

Robert J Lunn
4804 S Woodlawn
Chicago, IL 60615

Scott R. Alsterda, Kevin P. Shea,
 Steven J. Thompson
Ungaretti & Harris
Three First National Plaza
Suite 3500
70 West Madison Street
Chicago, IL 60602

Robert P. Cummins
Thomas C. Cronin
Cummins & Cronin
Suite 4800
77 West Wacker Drive
Chicago, IL 60601

Benjamin D. Steiner, Esq.
Weinberg Richmond LLP
333 W. Wacker Drive, #1800
Chicago, IL 60606

RSM McGladrey, Inc.
20 N. Martingale Road
Suite 500
Schaumburg, IL 60173-2420

Robert Little
Office of the District Counsel of the
 United States Internal Revenue Service
Suite 2300
200 West Adams Street
Chicago, IL 60606

Verizon Wireless
Attn: Sharon West
Recovery Department
1515 Woodfield Rd, Suite 1400
Schaumburg, IL 60173

Scott R. Clar
Crane, Heyman, Simon ,Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297

Paul E. Chronis, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606

Cook County Treasurer
118 N. Clark St., Rm 212
Chicago, IL 60602-1395

Timothy E. Weilandt
McCarthy Duffy
180 North LaSalle Street
Suite 1400
Chicago, Illinois 60601

Commonwealth Edison
System Credit/Bankruptcy Department
2100 Swift Drive
Oak Brook, IL  60523

Kathleen L. Pyne
3087 Fairfield Lane
Aurora, IL  60504

Richard S. Ralston
Weinstein & Riley, P.S.
2101 4th Avenue, Suite 900
Seattle, WA 98121

James A. Kopczynski
2762 North Lincoln Avenue, #202
Chicago, IL  60614

Mitchell Glickman
1928 N. Sheffield Avenue
Chicago, IL  60614

~CHGO1:30692600.v1

Brian Gannon
811 South Hamlin
Park Ridge, IL  60068

Gary Yerks
677 Clarendon Lane
Aurora, IL  60504

Anna R. Howard
22 Winward Circle
Willowbrook, IL  60527

Joan Cunningham
1143 S. Plymouth Court, #101
Chicago, IL  60604

Stephen R. Stegich
c/o John J. Delaney
Condon & Forsyth
1016 16th St., NW
7th Floor
Washington, D.C.  20036

Abraham E. Brustein
DiMonte & Lizak, LLC
216 W. Higgins
Park Ridge, IL  60068

Rudy J. Mulder
2241 Greenview Road
Northbrook, IL  60062

Donald L. Schramm
100 N. LaSalle Street
Suite 2300
Chicago, IL  60602

~CHGO1:30692600.v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05 B 04533 |
| ROBERT J. LUNN, et al., | ) | (Jointly Administered) |
| | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) | |

**FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANTS
TO THE DEBTORS FOR THE PERIOD FROM JUNE 11, 2005
THROUGH AND INCLUDING SEPTEMBER 30, 2005**

Robert J. Lunn ("Lunn"), Lunn 119th LLC ("Lunn 119th"), and Lunn 26th LLC ("Lunn 26th" and together with Lunn and Lunn 119th, the "Debtors"), pursuant to Sections 330, 331 and 504 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 5082-1 of Bankruptcy Practice and Procedure of the United States Bankruptcy Court For the Northern District of Illinois (the "Local Rules"), submit this first interim fee application (the "Application") of Alvarez & Marsal, LLC ("A&M") for allowance of compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtors for the period June 11, 2005 through and including September 30, 2005 (the "Application Period") and respectfully request an order awarding A&M interim compensation of $132,376.50 for professional services and reimbursement of A&M's ordinary and necessary costs of $862.10. In support of the foregoing, the Debtors state as follows:

I. **BACKGROUND AND FEE APPLICATIONS**

A. **Chapter 11 Filings and A&M's Retention**

1. On February 10, 2005, Panduit Corp., Jack E. Caveney and Margaret C. Caveney filed an involuntary bankruptcy petition (the "Involuntary Petition") against Lunn (Case No. 05 B 04533) in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court").

2. On March 23, 2005, before the Involuntary Petition was adjudicated, Lunn consented to the entry of an Order for Relief under Chapter 7 of the Bankruptcy Code, and the Bankruptcy Court concurrently entered an Order Granting Lunn's Routine Motion for Conversion to Chapter 11.

3. On March 30, 2005, Lunn 119th (Case No. 05 B 11666) and Lunn 26th (Case No. 05 B 11672) each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4. On April 6, 2005, the Bankruptcy Court entered an Order Directing Joint Administration of Cases.

5. On May 31, 2005, the Bankruptcy Court entered an Order Granting Debtors' Application for Entry of an Order Authorizing Retention and Employment of Alvarez & Marsal as Debtors' Accountants (the "Retention Order") (Dkt. No. 178). The Retention Order provides, among other things, that "final allowance of all compensation and expense reimbursement of Alvarez & Marsal is subject to further Bankruptcy Court approval, after hearing and upon proper application to the Bankruptcy Court" Retention Order, ¶ 3.[1]

---

[1] On April 14, 2005, Lunn Partners Securities, L.L.C. ("Lunn Securities") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Lunn Partners, LLC ("Lunn Partners"), an entity in which Lunn owns a majority interest, is the managing member of Lunn Securities. On May 31, 2005, the Bankruptcy Court entered an Order authorizing Lunn Securties' retention of A&M. On August 19, 2005, creditors filed an involuntary Chapter 7 bankruptcy petition against Lunn Partners. On September 21, 2005, the Bankruptcy Court entered an order converting Lunn Partners' case to a Chapter 11. On that same date, the Bankruptcy Court entered an order

B.  **Fee Applications**

6.  This is A&M's first interim fee request. As previously stated, the Debtors seek approval and entry of an order authorizing and allowing A&M interim compensation of $132,376.50 for work performed on behalf of the Debtors from June 11, 2005 through and including September 30, 2005 and allowance of A&M's actual and necessary expenses in the amount of $862.10.

7.  The Debtors submit that that all services and costs for which compensation is requested in this Application were reasonable and necessary and were performed by A&M for and on behalf of the Debtors and not for or on behalf of any other person.

II.  **NATURE OF SERVICES PERFORMED BY A&M**

8.  A&M has served as accountants to the Debtors since May 31, 2005. As part of that role, A&M has devoted time to numerous and complex matters in these cases.

9.  All of the professional services that A&M rendered to the Debtors during the Application Period are set forth in detail in Group Exhibit "A," segregated according to project billing categories pursuant to Local Rule 5082-1. Without limiting the detailed descriptions in Group Exhibit "A," a brief description and summary of certain services rendered during the Application Period are provided below by project category as maintained by A&M.

A.  **Preliminary Review and Analysis of Transactions and Claims**: (Total Hours: 250.90, Total Fees: $83,462.50)

10.  During the Application period, A&M performed various procedures related to Preliminary Claims Review, including reviewing pleadings and claims, analyzing documents and

---

authorizing Lunn Partners' retention of A&M. This Application does not include a request for compensation relating to any of A&M's services rendered to Lunn Securities or Lunn Partners.

other materials related to transactions and investments involving creditors and 26th Street, 119th Street, MOPS, and others, gathering over 230 boxes of documents from the Debtors to aid in the assessment of claims submitted, indexing and reviewing documents gathered from the Debtors to assist in the assessment of the claims submitted, obtaining documents from claimants to assist in the assessment of the claims submitted, and indexing documents to assist in the assessment of the claims submitted.

11. In connection with the foregoing, A&M expended 250.90 hours for which A&M seeks compensation of $83,462.50. An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit "A-1."

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael Pace | $495.00 | 10.10 | $4,999.50 |
| Anthony Alvizu | $375.00 | 76.20 | $28,575.00 |
| Aimee Scherger | $345.00 | 110.20 | $38,019.00 |
| Amy Cron | $295.00 | 33.50 | $9,882.50 |
| Frederick Gast | $95.00 | 20.90 | $1,985.50 |
| **Total** | | **250.90** | **$83,461.50** |

B. **Project Management**: (Total Hours: 65.20, Total Fees: $24,191.00)

12. A&M performed various procedures related to Project Management, including discussing, updating, and documenting its understanding of the engagement objectives, developing an approach to tasks requested by the Debtors, conducting various client and engagement team communications as to the status of the engagement, creating templates used to enable consistency when conducting various preliminary claims review procedures, reviewing work product created for the Debtors and performing various tasks related to engagement economics.

13. In connection with the foregoing, A&M expended 65.20 hours for which A&M seeks compensation of $24,191.00. An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit "A-2."

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael Pace | $495.00 | 10.50 | $5,197.50 |
| Anthony Alvizu | $375.00 | 9.90 | $3,712.50 |
| Aimee Scherger | $345.00 | 41.30 | $14,248.50 |
| Amy Cron | $295.00 | 3.00 | $885.00 |
| Jennifer Sustersic | $295.00 | 0.50 | $147.50 |
| **Total** | | **65.20** | **$24,191.00** |

C. **Meetings with Debtors' Counsel and/or Debtors**: (Total Hours: 29.80, Total Fees: $12,594.00)

14. During the Application Period, A&M prepared for and participated in several meetings with Lunn and the Debtors' attorneys to understand and discuss the facts and circumstances of the issues and claims, case objectives and scope, and latest developments involving claims, claims objections and bankruptcy proceedings. The meetings were held in person at the offices of DLA Piper Rudnick Gray Cary and also via telephone.

15. In connection with the foregoing, A&M expended 29.80 hours for which A&M seeks compensation of $12,594.00. An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit "A-3."

| Name | Rate | Hours | Value |
|---|---|---|---|
| Michael Pace | $495.00 | 12.40 | $6,138.00 |
| Anthony Alvizu | $375.00 | 15.10 | $5,662.50 |
| Aimee Scherger | $345.00 | 2.30 | $793.50 |
| **Total** | | **29.80** | **$12,594.00** |

    D.    **Detailed Claims and Cash Flow Analysis**: (Total Hours: 39.00, Total Fees: $12,130.00)

16. During the Application Period, A&M performed various procedures related to the Claims Analysis category, including discussing and understanding the objectives of each analysis, performing detailed reviews of documents provided by the Debtors, the Debtors' agents, and/or claimant(s) so as to aid in the production of analyses, entering of information gathered into spreadsheets to help in producing independent analysis, performing detailed reviews of various account transactions related to the Debtors' accounts, and accounts of specific claimants, production of any analysis performed, if appropriate, and the supporting documentation related to that production.

17. In connection with the foregoing, A&M attorneys expended 39.00 hours for which A&M seeks compensation of $12,130.00. An itemized breakdown of the services rendered to the Debtors is attached hereto as Exhibit "A-4."

| Name | Rate | Hours | Value |
|---|---|---|---|
| Aimee Scherger | $345.00 | 12.50 | $4,312.50 |
| Amy Cron | $295.00 | 15.00 | $4,425.00 |
| Jennifer Sustersic | $295.00 | 11.50 | $3,392.50 |
| **Total** | | **39.00** | **$12,130.00** |

    E.    **Statement of Expenses:** (A&M Total Expenses: $862.10)

18. A&M has also incurred expenses in the amount of $862.10 for, among other things, telephone charges (at actual cost), transportation (at actual cost), and delivery charges (at actual cost). A detailed breakdown of expenses incurred by A&M during the Application Period is attached as Exhibit "B."

IV. **STATEMENT OF LEGAL SERVICES AND EXPENSES PURSUANT TO 11 U.S.C. § 504 AND BANKRUPTCY RULE 2016(B)**

19. All of the services performed by A&M were required for the proper representation of the Debtors in these cases, were authorized by the Bankruptcy Court, and were performed by A&M at the request and/or direction of the Debtors. Pursuant to Bankruptcy Code Section 331 and the generally applicable criteria of the time, nature, extent and value of the services performed, all of A&M's services are compensable.

20. There has been little, if any, duplication of services by the accountants or professionals of A&M. In those instances where two or more accountants and/or professionals participated in any matter, such joint participation was necessary because of the complexity of the problem, magnitude of the issues, allocation of work responsibility or work involved and/or the time constraints that existed.

21. The rates at which A&M seeks compensation are its usual and customary standard hourly rates charged for work, both bankruptcy and non-bankruptcy, performed for other A&M clients.

22. From June 11, 2005 through and including September 30, 2005, A&M has devoted 384.90 hours to assist the Debtors with respect to categories (A)-(D) above, and has provided these estates with actual and necessary accounting services worth a total of $132,376.50 and has incurred expenses totaling $862.10.

23. A copy of the computer generated time entries reflecting the time recorded for A&M's services, organized by project billing categories in accordance with Local Rule 5082-1, is attached hereto as Group Exhibit "A."

24. A computer generated statement of expenses incurred by A&M is attached hereto as Group Exhibit "B."

25.     Attached hereto as Exhibit "C" is the affidavit of Michael R. Pace attesting to, among other things, the accuracy of the information set forth in Group Exhibit "A" and Group Exhibit "B" of this Application.

26.     Attached to this Application as Exhibit "D" is a draft order.

**WHEREFORE,** the Debtors respectfully request that this Bankruptcy Court enter an order authorizing and approving:

A.      Interim compensation to A&M in the amount of **$132,376.50** for professional services rendered to the Debtors from June 11, 2005 through and including September 30, 2005;

B.      Interim reimbursement of A&M's ordinary and necessary costs of **$862.10** incurred during the Application Period;

C.      Authorizing and Directing the Debtors to pay the amounts awarded to A&M from cash proceeds held at Associated Bank; and

D.      Such other and further relief as the Bankruptcy Court may deem just and equitable under the circumstances.

Respectfully submitted,

Dated: November 2, 2005          **ROBERT J. LUNN, LUNN 119th LLC and LUNN 26th LLC**

By: ___/s/ David M. Neff_____
David M. Neff (ARDC #06190202)
William Choslovsky (ARDC #06224664)
Brian A. Audette (ARDC #06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street - Suite 1900
Chicago, Illinois 60601
(312) 368-4000

**Attorneys for Debtors and Debtors-in-Possession**

## CERTIFICATE OF SERVICE

David M. Neff, an attorney, certifies that on November 2, 2005, he caused the foregoing *Frist Interim Fee Application of Alvarez & Marsal LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Accountants to the Debtors for the Period from June 11, 2005 through and including September 30, 2005* (the "Application") to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | | |
|---|---|---|
| Janice A. Alwin<br>jalwin@shawgussis.com | Ira Bodenstein<br>USTPRegion11.ES.ECF.usdoj.gov | Kenn Brotman<br>kbrotman@kelleydrye.com<br>sdunlap@kelleydrye.com |
| William J. Connelly<br>wconnelly@hinshawlaw.com | William J. Factor<br>wfactor@seyfarth.com | Joseph D. Frank<br>jfrank@fgllp.com<br>ccarpenter@fgllp.com |
| Richard N. Golding<br>rgolding@wr-llp.com | Susan N. Gummow<br>sgummow@clausen.com | Steven R. Jakubowski<br>sjakubowski@colemanlawfirm.com |
| Alexander D. Kerr<br>akerr@tishlerandwald.com | Micah R. Krohn<br>mkrohn@fgllp.com<br>ccarpenter@fgllp.com | Edward J. Lesniak<br>elesniak@burkelaw.com |
| Sara E. Lorber<br>slorber@seyfarth.com | Matthew Luzadder<br>mluzadder@kelleydrye.com | Eric J. Munoz<br>emunoz@scandagliaryan.com |
| Jill L. Murch<br>jmurch@foley.com<br>ypena@foley.com | Alex Pirogovsky<br>apirogovsky@uhlaw.com | Richard Polony<br>rpolony@hinshawlaw.com |
| Steven R. Rappin<br>srappin@h-rltd.com | Gerard D. Ring<br>gring@burkelaw.com | Kimberly J. Robinson<br>kimberly.robinson@bfkpn.com |
| Ariel Weissberg<br>ariel@weissberglaw.com | Zane L. Zielinski<br>zzielinski@fgllp.com | |

In addition, the following party was served with the Application on November 2, 2005 by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's CM/ECF system.

>Gretchen Silver
>Office of the U.S. Trustee
>Suite 3350
>227 West Monroe Street
>Chicago, IL 60606

_____/s/ David M. Neff_____
David M. Neff (ARDC #06190202)
William Choslovsky (ARDC #06224664)
Brian A. Audette (ARDC #06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street - Suite 1900
Chicago, Illinois 60601
(312) 368-4000