## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 05 B 04533 |
| ROBERT J. LUNN, et al., | ) | (Jointly Administered) |
|  | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) |  |

### AGREED ORDER WITH RESPECT TO DEBTORS'
### MOTION TO COMPEL BAKER DEVELOPMENT CORP.'S
### COMPLIANCE WITH DISCOVERY REQUESTS AND FOR SANCTIONS

THIS CAUSE COMING TO BE HEARD upon the Debtors' Motion to Compel Baker

Development Corp.'s Compliance with Discovery Requests and for Sanctions (the "Motion");[1]

due and proper notice of the Motion having been given; the Court having jurisdiction over the

Motion; the Court finding that the Motion is a core proceeding within the meaning of 28 U.S.C.

§ 157; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1.　　Baker is ordered to respond to the Discovery Requests by February 1, 2006.

2.　　The Motion is continued as to the Debtors' request for sanctions until February

__7__, 2006 at _10:30_ a.m.

3.　　This Order is a final Order and is effective immediately.

Dated:_____JAN  5 2006_____

ENTER:

_____
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.