# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Susan Pierson Sonderby | Hearing Date | 10/25/06 |
| Bankruptcy Case No. | 05-4533 | Adversary No. | |
| Title of Case | Robert J. Lunn | | |

**Brief Statement of Motion**: Baker Development Corporation's motion to disgorge and disqualify

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

For the reasons stated on the record: IT IS ORDERED that Baker Development Corporation's motion to disgorge and disqualify is granted in part and denied in part; DLA Piper's employment by the debtors will not be revoked. The Court denies $600,000 of the $1.9 million total fees requested to be finally allowed by DLA Piper. To the extent any of those fees over that amount have already been paid to DLA Piper, the court orders that they be disgorged to the estate.

6/11/99