# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Susan Pierson Sonderby

**Hearing Date** September 18, 2007

**Bankruptcy Case No.** 05-04533

**Adversary No.**

**Title of Case** In re Robert J. Lunn, et al.

**Brief Statement of Motion** Request for Clarification of Settlement Order Authorizing the Settlement of Caveney Parties' Claims Against Lunn Partners

**Names and Addresses of moving counsel**
David M. Neff
William Choslovsky
DLA Piper US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601

**Representing** Debtors

## ORDER

For the reasons stated from the bench, the Order Authorizing the Settlement of Lunn Partners, LLC's Objections to the Claims of the Caveney Parties [Docket #1285] is clarified to reflect that the order should not be considered as a final judgment for purposes of garnishment.

6/11/99

American LegalNet, Inc.
www.FormsWorkflow.com